**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Pedro Fernandez PAZ, Defendant— Appellant.**

No. 05–10505.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

Marianne A. Pansa, Esq., Office of the U.S. Attorney, Fresno, CA, for Plaintiff– Appellee.

Eric V. Kersten, Federal Public Defender's Office, Fresno, CA, Pedro Fernandez Paz, Adelanto, CA, for Defendant–Appellant.

Before: HAWKINS, McKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

Pedro Fernandez Paz appeals from the district court's judgment and 70–month sentence imposed following a guilty plea conviction to being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Paz has filed a brief stating that there are no grounds for re-

lief, and a motion to withdraw as counsel of record. Paz has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

